IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALFRED J. EDWARDS, et al.,

    Plaintiffs,

V.

CITY OF MARTINS FERRY, et al.,

    Defendants.

CASE NO. C2-06-789
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

10-10-2006
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE